■ In the Matter of EON SHEPHERD, Petitioner, v COMMISSIONER OF CORRECTIONS AND COMMUNITY SUPERVISION, Respondent. [16 NYS3d 787]—Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review two determinations of the Superintendent of Shawangunk Correctional Facility which found petitioner guilty of violating certain prison disciplinary rules.

Petitioner commenced this CPLR article 78 proceeding challenging two determinations finding him guilty of violating five prison disciplinary rules following tier II disciplinary hearings. The Attorney General has advised this Court that the determinations have been administratively reversed, all references to the five charges have been expunged from petitioner's institutional record and the mandatory $5 surcharge has been refunded to his inmate account. Given that petitioner has received all of the relief to which he is entitled, the proceeding is dismissed as moot (*see Matter of Williams v Annucci*, 129 AD3d 1427, 1427 [2015]; *Matter of Holgate v Prack*, 129 AD3d 1419, 1419 [2015]).

Peters, P.J., Lahtinen, Lynch and Devine, JJ., concur. Adjudged that the petition is dismissed, as moot, without costs.